UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TCYK, LLC,

      Plaintiff,

v.                           CASE NO.: 6:13-CV-1344-ORL36GJ

DOE 7,

      Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1)    the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    TCYK, LLC
    Richard E. Fee, Esq.
    IP Enforcement Law Group, P.A.

2)    the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    Not aware of any.

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Not aware of any.

4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

TCYK, LLC

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

August 27, 2013                               s/ Richard E. Fee
                                              Richard E. Fee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27, 2013, a true and accurate copy of the foregoing was electronically filed with the Court. As the individual Defendant has not yet been identified, a copy has not been provided to him/her at this time. A copy of the foregoing will be provided to Defendant at such time as he/she is identified and served.

<div style="margin-left: 50%;">

s/ Richard E. Fee
Richard E. Fee
Florida Bar No. 813680
IP ENFORCEMENT LAW GROUP P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 490-6050
(813) 490-6051 (Facsimile)
rfee@IPEnforcementLaw.com

Trial Counsel for Plaintiff,
TCYK, LLC

</div>