**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TCYK, LLC,**

       **Plaintiff,**

                                    **CASE NO.:  6:13-cv-01344-ACC-GJK**

**v.**

**DOE 7,**

       **Defendant.**

_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*TCYK, LLC v. Doe 4*, Case No. 6:13-cv-01343-ACC-GJK (Middle District of Florida)

_____   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 9, 2013, a true and accurate copy of the foregoing was electronically filed with the Court.  As the individual Defendant has not yet been identified, a copy has not been provided to him/her at this time.  A copy of the foregoing will be provided to Defendant at such time as he/she is identified and served.

                s/ Richard E. Fee
                Richard E. Fee
                Florida Bar No. 813680
                IP ENFORCEMENT LAW GROUP P.A.
                1227 N. Franklin Street
                Tampa, Florida 33602
                (813) 490-6050
                (813) 490-6051 (Facsimile)
                rfee@IPEnforcementLaw.com

                Trial Counsel for Plaintiff,
                TCYK, LLC