# AFFIDAVIT OF SERVICE

**State of Florida**  **County of Middle**  **United States District Court**

Case Number: 6:13-CV-01344-ACC-GJK

Plaintiff:
**TCYK, LLC**

vs.

Defendant:
**David Sloms a/k/a DOE 7**

SKP2014000568

For:
IP Enforcement Law Group, PA
1227 N. Franklin Street
Tampa, FL 33602

Received by Jessi Thompson, CPS #394 on the 25th day of March, 2014 at 1:08 pm to be served on **David Sloms, 1480 Roosevelt Ave., #404, Melbourne, FL 32901**.

I, Jessi Thompson, CPS #394, being duly sworn, depose and say that on the **11th day of April, 2014 at 9:47 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons And Amended Complaint And Demand For Jury Trial, Exhibits** with the date and hour of service endorsed thereon by me, to: **David Sloms** at the address of: **1480 Roosevelt Ave., #404, Melbourne, FL 32901**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
THE SUBJECT IS MARRIED TO CLAUDINE BETH SLOMS.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. No Notary required pursuant to F.S. 92.525

Subscribed and Sworn to before me on the 11th day of April, 2014 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

LEE KNOPF
MY COMMISSION #FF004618
EXPIRES June 15, 2017
(407) 398-0153   FloridaNotaryService.com

_____
Jessi Thompson, CPS #394
Process Server

SERVE LEGAL PROCESS, INC *
309 S. Willow Ave
Suite 2
Tampa, FL 33606
(813) 254-8762
Our Job Serial Number: SKP-2014000568

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n